UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAVIDSON, | No. C-14-02648 DMR |
| Plaintiff(s), | **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING [DOCKET NO. 13]** |
| v. | |
| JEROME PICOT ET AL, | |
| Defendant(s). | |

Defendant Wendy Weir has moved the court for permission to participate in electronic case filing in this case. [Docket No. 13.] The motion is granted.

IT IS SO ORDERED.

Dated: July 14, 2014

IT IS SO ORDERED
Donna M. Ryu
DONNA M. RYU
United States Magistrate Judge