UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE DAVIDSON,  No. C-14-02648 DMR

    Plaintiff(s),  **ORDER DISMISSING CASE WITH PREJUDICE**

    v.

JEROME PICOT ET AL,

    Defendant(s).
_____/

    The court is in receipt of the parties' joint notice of settlement, in which they ask the court to grant leave to file a stipulation of dismissal after the settlement terms have been performed in 14 months. [Docket No. 27.] IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **30 days**, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the settlement agreement.

    IT IS SO ORDERED.

Dated: October 7, 2014



_____
DONNA M. RYU
United States Magistrate Judge